IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Sentencing reset for 12/14/12 at 1:30 PM.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00157 |
| ) | JUDGE TRAUGER |
| ) | |
| JERRY LEE ALEXANDER ) | |

MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the defendant, Jerry Lee Alexander, through undersigned counsel, and respectfully requests that this Honorable Court enter an order granting his motion for a continuance of the sentencing hearing presently set for September 4, 2012. Mr. Alexander requests a continuance of at least 90 (ninety) days from the present hearing date. Counsel avers that she has needs the additional time to adequately prepare for the hearing. Assistant United States Attorney Philip Wehby has authorized undersigned to state that he has no opposition to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Jerry Lee Alexander respectfully requests that the sentencing hearing be continued for a period of at least ninety (90) days from the present hearing date.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Jerry Lee Alexander

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012 I electronically filed the foregoing Motion to Continue Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Philip Wehby, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203 and by email to Andrea M. Testa, United States Probation Officer, 110 Ninth Avenue South, Suite A-725, Nashville, TN 37203

/s/ *Mariah A. Wooten*
Mariah A. Wooten