UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-cr-00157 |
| v. ) | |
| ) | Judge Trauger |
| JERRY LEE ALEXANDER ) | |

## MOTION TO SUBSTITUTE COUNSEL

The undersigned counsel gives notice of appearance on behalf of the United States of America in the above styled case; and respectfully moves the Court to substitute him as counsel, relieving Mr. Wehby of his responsibilities therein.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: */s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading will be sent via the Court's electronic filing system to Mariah Wooten, counsel for the defendant, on the 22nd day of July, 2016.

*/s/ William L. Deneke*
Assistant United States Attorney